UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAGE TELEVISION AND VIDEO PRODUCTIONS, INC., | Civil File No. 11-cv-1256 ADM/JSM |
| Plaintiff, | **SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ESTABLISHING DEADLINES FOR RULE 26(f) CONFERENCE AND INTIAL DISCLOSURES** |
| v. | |
| TELEVISION FOOD NETWORK, G.P., | |
| Defendant. | |

The parties, through the undersigned counsel, hereby stipulate and jointly move for an order establishing the following deadlines:

1. The parties have scheduled an early mediation of this matter with retired Judge James M. Rosenbaum, and therefore seek to have the following deadlines extended.

2. The time for Defendant to answer or otherwise respond to the Complaint shall be extended to and including August 11, 2011.

3. The Rule 26(f) conference shall occur on or before August 25, 2011.

4. The parties shall exchange the initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A) on or before September 1, 2011.

| | |
|---|---|
| Dated:  June 29, 2011 | s/ Leah C. Janus_____<br>David R. Marshall (#184457)<br>dmarshall@fredlaw.com<br>Lora M. Friedemann (#259615)<br>lfriedemann@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br><br>(612) 492-7000<br>(612) 492-7077 (fax)<br><br>**ATTORNEYS FOR PLAINTIFF** |
| Dated:  June 30, 2011 | _s/Heather M. McElroy_____<br>Joel A. Mintzer (#224169)<br>jamintzer@rkmc.com<br>Heather M. McElroy (#34168X)<br>hmmcelroy@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, Minnesota  55402<br><br>(612) 349-8500<br>(612) 339-4181 (fax)<br><br>David Leichtman (admitted *pro hac vice*)<br>dleichtman@rkmc.com<br>Avani P. Bhatt (admitted *pro hac vice*)<br>apbhatt@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>601 Lexington Avenue, 34th Floor<br>New York, NY 10022-1240<br><br>(212) 980-7400<br>(212) 980-7499 (fax)<br><br>**ATTORNEYS FOR DEFENDANT** |